UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION FILE NO. 05-249-KSF

Eastern District of Kentucky
FILED

AUG 2 6 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| DUANE and SAUNDRA SWANSON,<br><br>         PLAINTIFFS<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, ET AL.<br><br>         DEFENDANTS | **Agreed Order of Dismissal<br>with Prejudice** |

Upon agreement of Plaintiffs, Duane and Saundra Swanson, and Defendant Equifax Information Services LLC ("Equifax"), that all of Plaintiffs' claims and causes of action alleged against Equifax in the above-captioned matter have been resolved and settled to the mutual satisfaction of Plaintiffs and Equifax, and the Court having considered all matters brought to its attention relating to that statement,

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiffs' claims and causes of action against Equifax are hereby dismissed, with prejudice as settled, with each Party to bear his, her or its own costs and attorneys' fees herein; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order be entered as final, there being no just reason for delay.

_____
*KSF*
JUDGE KARL S. FORESTER,
UNITED STATES DISTRICT COURT

STIPULATED TO BY:

_____
Katherine S. Sanford
YUNKER & ASSOCIATES
P.O. Box 21784
Lexington, KY 40522-1784

*Counsel for Plaintiffs Duane and Saundra Swanson*

Dated: August /7, 2005

/S/ with authorization from J.J.F.
_____
John J. Friedline
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Ste 2800
Atlanta, GA 30309-4530

*Counsel for Defendant EQUIFAX INFORMATION SERVICES LLC*

Dated: August /7, 2005

## CLERK'S CERTIFICATE OF SERVICE

This is to certify that on this the ____ day of _____, 2005, a true and correct copy of the foregoing was served by mailing same to:

John J. Friedline
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Ste 2800
Atlanta, GA 30309-4530

*Counsel for Defendant EQUIFAX INFORMATION SERVICES LLC*

Timothy P. Creech
SATZBERG, TRICHON, KOGAN & WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103-3699

*Counsel for Defendant TRANS UNION LLC*

Katherine S. Sanford
YUNKER & ASSOCIATES
P.O. Box 21784
Lexington, KY 40522-1784

*Counsel for Plaintiffs*