Eastern District of Kentucky
**FILED**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

CIVIL ACTION FILE NO. 05-249-KSF

SEP 0 9 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

---

DUANE and SAUNDRA SWANSON,

PLAINTIFFS

v.

EQUIFAX INFORMATION SERVICES
LLC, ET AL.

DEFENDANTS

**Agreed Order of Dismissal**
**with Prejudice**

---

Upon agreement of Plaintiffs, Duane and Saundra Swanson, and Defendant Trans Union LLC ("Trans Union"), that all of Plaintiffs' claims and causes of action alleged against Trans Union in the above-captioned matter have been resolved and settled to the mutual satisfaction of Plaintiffs and Trans Union, and the Court having considered all matters brought to its attention relating to that statement,

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiffs' claims and causes of action against Trans Union are hereby dismissed, with prejudice as settled, with each Party to bear his, her or its own costs and attorneys' fees herein; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this Order be entered as final, there being no just reason for delay.

_KSF_     _9/9/05_
_____
JUDGE KARL S. FORESTER,
UNITED STATES DISTRICT COURT

STIPULATED TO BY:

_____
Katherine S. Sanford
YUNKER & ASSOCIATES
P.O. Box 21784
Lexington, KY 40522-1784

*Counsel for Plaintiffs Duane and Saundra
Swanson*

Dated: August 31, 2005

_____
Timothy P. Creech
SATZBERG, TRICHON, KOGAN &
WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103-3699

*Counsel for Defendant TRANS UNION LLC*

Dated: August 19, 2005

## CLERK'S CERTIFICATE OF SERVICE

This is to certify that on this the 9th day of Sept., 2005, a true and correct copy of the foregoing was served by mailing same to:

John J. Friedline
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Ste 2800
Atlanta, GA 30309-4530

*Counsel for Defendant EQUIFAX
INFORMATION SERVICES LLC*

Timothy P. Creech
SATZBERG, TRICHON, KOGAN &
WERTHEIMER, P.C.
1818 Market Street, 30th Floor
Philadelphia, PA 19103-3699

*Counsel for Defendant TRANS UNION LLC*

Katherine S. Sanford
YUNKER & ASSOCIATES
P.O. Box 21784
Lexington, KY 40522-1784

*Counsel for Plaintiffs*

2